UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

IN RE VIVENDI UNIVERSAL, S.A.      02 Civ. 5571(RJH) (HBP)
SECURITIES LITIGATION

**ORDER**

This Document Relates To:

02cv05571
02cv07017
09cv02568
09cv02592
09cv02603
09cv02611

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/09
```

------------------------------- x

The Court denies, for administrative purposes, and without prejudice to renew following completion of the Class trial, the following motions:

1. 02cv05571 (In re Vivendi Universal, S.A. Securities Litigation): Defendants Motion for Partial Judgment on the Pleadings of Plaintiffs' Section 12(a)(2) Claims [896];

2. 02cv05571 (In re Vivendi Universal, S.A. Securities Litigation): Motion to Dismiss [900]

3. 02cv07017 (Seid v. Vivendi Universal, et al): Motion to Dismiss [26];

4. 09cv02568 (Irish Life Investment Managers Limited et al v. Guillaume Hannezo): Motion to Dismiss [13];

5. 09cv02592 (Allianz Global Investors Kapitalanlagegesellschaft MBH et al v. Hannezo): Motion to Dismiss [26];

6. 09cv02603 (AP-Fonden et al v. Hannezo): Motion to Dismiss [22]; and

7. 09cv02611 (Oppenheim Kapitalanlagegesellschaft m.b.H. et al v. Hannezo): Motion to Dismiss [10].

SO ORDERED.

Dated: New York, New York
November 3, 2009

Richard J. Holwell
United States District Judge